**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NIOSHA MOKEI TONIC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TASTEPOINT NORTH** | : | **NO. 18-3482** |

## O R D E R

**NOW**, this 20th day of August, 2018, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* (Document No. 1), the *pro se* Complaint (Document No. 2), and the motion for appointment of counsel (Document No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is deemed filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Rule 8 of the Federal Rules of Civil Procedure.

4. The plaintiff is granted leave to file an amended complaint within thirty (30) days of the date of this Order.

5. If the plaintiff elects to file an amended complaint, it shall be a complete document that identifies all of the defendants in the caption and in the body, and shall describe in detail the basis for the claims against each defendant. The amended complaint must include all of the claims that Tonic seeks to pursue without relying on or referring to her initial Complaint and the attached exhibits.

6. Upon the filing of an amended complaint, the Clerk of Court shall not make service until ordered.

7. The Clerk of Court is **DIRECTED** to provide Tonic with a blank copy of the

Court's current form complaint for a plaintiff filing an employment discrimination lawsuit bearing the civil action number for this case.

8. If Tonic fails to file an amended complaint, her case will be dismissed for failure to prosecute.

9. The motion for appointment of counsel is **DENIED WITHOUT PREJUDICE**.

/s/TIMOTHY J. SAVAGE